**Document Properties**

Description | Security | Fonts | Initial View | Custom | Advanced

Description

File: Steele firm memo of law.pdf
Title: Microsoft Word - Open Wireless Defense.docx
Author: John
Subject:
Keywords:

Created: 2/14/2011 10:21:58 PM
Modified: 11/29/2011 12:37:45 PM
Application: Microsoft Word

[Additional Metadata...]

Advanced

PDF Producer: Mac OS X 10.6.6 Quartz PDFContext
PDF Version: 1.5 (Acrobat 6.x)
Location: H:\EFF\
File Size: 111.76 KB (114,439 Bytes)
Page Size: 8.50 x 11.00 in     Number of Pages: 3
Tagged PDF: No                  Fast Web View: Yes

[Help]                          [OK] [Cancel]

**Exhibit C**