AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

CV12 0469

HRL

| LIUXIA WONG | )|
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50, | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hard Drive Productions, Inc.
c/o Randy Parrish, Statutory Agent for Service of Process
8410 East Cholla Street
Scottsdale, Arizona 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron K. McClellan
Steven W. Yuen
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, California 94108-5530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

JAN 3 0 2012

*CLERK OF COURT*

MARY ANN BUCKLEY

Date: _____

_____
*Signature of Clerk or Deputy Clerk*