

Exhibit C