1  Aaron K. McClellan - 197185
   amcclellan@mpbf.com
2  Steven W. Yuen - 230768
   syuen@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6  Attorneys for Plaintiff
   LIUXIA WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIUXIA WONG,<br><br>　　　Plaintiff,<br><br>v.<br><br>HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50,<br><br>　　　Defendants. | Case No.:  C 12-00469 HRL<br><br>**PLAINTIFF LIUXIA WONG'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: February 1, 2012

　　　　　　　　　　　　　　　　　　　　MURPHY, PEARSON, BRADLEY & FEENEY

　　　　　　　　　　　　　　　　　　　　　/s/ Steven W. Yuen

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　Steven W. Yuen
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　LIUXIA WONG

SWY.20347407.doc

---

PLAINTIFF LIUXIA WONG'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
C 12-00469 HRL – PAGE 1