| | |
|---|---|
| 1 | Aaron K. McClellan - 197185 |
| 2 | amcclellan@mpbf.com<br>Steven W. Yuen - 230768 |
| 3 | syuen@mpbf.com<br>MURPHY, PEARSON, BRADLEY & FEENEY |
| 4 | 88 Kearny Street, 10th Floor<br>San Francisco, CA  94108-5530 |
| 5 | Tel:     (415) 788-1900<br>Fax:    (415) 393-8087 |
| 6 | Attorneys for Plaintiff |
| 7 | LIUXIA WONG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIUXIA WONG,<br><br>          Plaintiff,<br><br>v.<br><br>HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50,<br><br>          Defendants. | Case No.:  C 12-00469 HRL<br><br>**PLAINTIFF LIUXIA WONG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Plaintiff Liuxia Wong makes the following certification in accordance with Civil L.R. 3-16.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

DATED: February 1, 2012

MURPHY, PEARSON, BRADLEY & FEENEY


By   /s/ Steven W. Yuen
_____
Steven W. Yuen
Attorneys for Plaintiff
LIUXIA WONG

SWY.20355237.doc