1  Aaron K. McClellan - 197185
   amcclellan@mpbf.com
2  Steven W. Yuen - 230768
   syuen@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6  Attorneys for Plaintiff
   LIUXIA WONG
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11 | LIUXIA WONG,                          | Case No.: C 12-00469 HRL
12 |         Plaintiff,                    | **PLAINTIFF LIUXIA WONG'S PROOF OF SERVICE OF SUMMONS**
13 | v.                                    |
14 | HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50, |
15 |                                       |
16 |         Defendants.                   |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HARD DRIVE PRODUCTIONS, INC. RANDY PARRISH STAT AGENT
was received by me on *(date)* 02/01/12 .

☒ I personally served the summons on the individual at *(place)* 8410 E CHOLLA SCOTTSDALE AZ 85260 on *(date)* 02-02-12 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ Ø for travel and $ 57⁰⁰ for services, for a total of $ 57.00 CB

I declare under penalty of perjury that this information is true.

Date: 2-2-12

*Christine Burke*
Server's signature

CHRISTINE BURKE, PROCESS SERVER
Printed name and title

STRATEGIC INTELLIGENCE SERVICES PLLC
14700 N FLW #157-411
SCOTTSDALE AZ 85260
Server's address

Additional information regarding attempted service, etc: