Brett L. Gibbs, Esq. (SBN 215000)
Prenda Law Inc.
38 Miller avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com
*Attorney for Defendant Hard Drive\
Productions, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIUXIA WONG, | CASE NO. 5:12-CV-00469-HRL |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT** |
| HARD DRIVE PRODUCTIONS, INC., et al., | |
| Defendants. | |

**ORDER GRANTING DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S
MOTION TO DISMISS AMENDED COMPLAINT**

On February 5, 2012, Defendant, Hard Drive Productions, Inc. filed its Motion to Dismiss Amended Complaint. In light of the arguments made by all parties relating to that Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion to Dismiss Amended Complaint is hereby **GRANTED.**

DATED:_____         _____
                                    Howard R. Lloyd
                                    United States Magistrate Judge

MOTION TO DISMISS AMENDED COMPLAINT          5:12-cv-00469-HRL